# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § **CASE NO. 6:07-CR-00095-RC** |
| v. | § |
| | § |
| | § |
| CORY TEDERRELL DAWKINS (16) | § |
| | § |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The court referred a petition alleging violations of supervised release conditions to the Honorable K. Nicole Mitchell, United States Magistrate Judge, at Tyler, Texas, for consideration pursuant to applicable laws and orders of this court.  The Court received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge K. Nicole Mitchell recommended:

1. that the Court find that Defendant violated standard and special conditions of release as alleged in Allegations 1, 2 and 3 in the petition to the extent that he failed to report to the probation officer as directed, failed to refrain from the use and possession of marijuana and failed to participate in a program of testing and treatment for drug abuse;

2. that Defendant's supervised release should be revoked pursuant to 18 U.S.C. § 3583; and

3. that Defendant should be sentenced to a term of 13 months of imprisonment with no supervised release to follow.

Neither party has filed objections to Judge Mitchell's Report and Recommendation. Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Cory Tederrell Dawkins's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

**So Ordered and Signed**
**Mar 3, 2017**

_____
Ron Clark, United States District Judge